**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CAMCO MANAGEMENT, INC.**, et al., <br><br> Interpleader Defendants. | **CIVIL ACTION** <br><br> **NO. 18-4293-KSM** |

# ORDER

**AND NOW**, this 28th day of January, 2021, upon consideration of Plaintiff's Affidavit of Service (Doc. No. 19), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that Plaintiff **SERVE** Interpleader-Defendant KWS Entertainment LLC on or before **March 19, 2021**, in accordance with Federal Rule of Civil Procedures 4(h) and file the appropriate proof of service within fourteen days of service.

**IT IS SO ORDERED.**

                                                                     **/s/** *Karen Spencer Marston*
                                                                     _____
                                                                     KAREN SPENCER MARSTON, J.