IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **CAMCO MANAGEMENT, INC.**, et al., <br><br> Interpleader Defendants. | CIVIL ACTION <br><br> NO. 18-4293-KSM |

## ORDER

**AND NOW**, this 9th day of September, 2021, upon consideration of Plaintiff's Motion for Default Judgment and Judgment in Interpleader (Doc. No. 15) and Interpleader Defendant CAMCO Management, Inc.'s Response joining that Motion (Doc. No. 16), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**.

2. Default judgment is entered against Interpleader Defendant Blak on Blak Enterprises, Inc.

3. Judgment is entered in favor of Plaintiff and Interpleader Defendant CAMCO Management, Inc. and against Interpleader Defendant Blak on Blak Enterprises, Inc. for the $66,682.32 currently in Plaintiff's possession (the "interpleaded funds").

4. As soon as practicable, Plaintiff shall pay over the interpleaded funds to Interpleader Defendant CAMCO Management, Inc.

5. Plaintiff is discharged from any and all liability arising from its present custody of the interpleaded funds.

6. The Clerk of Court shall provide counsel for Plaintiff with four certified copies of

this Judgment.

7. The Clerk of Court shall mark this matter as closed.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.